# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 15MJ2287-JLB |
| | ) | |
| v. | ) | |
| EDUARDO LALO ESPINO | ) | |
| | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (✓) Ad Prosequendum       ( ) Ad Testificandum.

Name of Detainee:   Eduardo Lalo Espino
Detained at (custodian): Attn: Sheriff William Gore, Vista Detention Facility 325 S. Melrose Dr., #200 Vista, CA.

Detainee is:  a.)  (✓) charged in this district by:
                    ( ) Indictment     ( ) Information     (✓) Complaint
                    Charging Detainee With: _____
or   b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)  (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on August 24, 2015, at 9:00 A.M. in the courtroom of the Honorable Jill L. Burkhardt.

I hereby attest and certify on 8/18/15
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT  Signature: _____
SOUTHERN DISTRICT OF CALIFORNIA  Printed Name & Phone no.: Andrew R. Haden (619) 546-6961
By __A. CORSELLO__ (SEAL)  Attorney of Record for: United States of America
                    Deputy

## WRIT OF HABEAS CORPUS

      (✓) Ad Prosequendum       ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

8/17/15       **KAREN S. CRAWFORD**
Date       **U.S. MAGISTRATE JUDGE**   United States District/Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Eduardo Espino | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | 15746176 | DOB: | 04/27/1980 |
| Facility Address: | Vista Detention Facility | Race: | |
| | 325 S. Melrose Dr., #200 Vista, CA. 92081 | FBI#: | |
| Facility Phone: | (760) 936-0014 | | |
| Currently Incarcerated For: | Possession of firearm by a felon | | |

## RETURN OF SERVICE

Executed on: _____  by: _____

                    (Signature)

Form Crim-48       Revised 7/25/14

Memorandum

| Subject | Date |
|---|---|
| AUSA Request/Writ of Habeas Corpus | August 17, 2015 |

| To | From |
|---|---|
| STEVEN C. STAFFORD<br>United States Marshal<br>United States Marshals Service | Andrew R. Haden<br>Assistant United States Attorney<br>(619) 546-6961<br>Jennifer Fron<br>Legal Assistant<br>(619) 546-8725 |

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies.

NAME: Eduardo Lalo Espino

AKA: Eduardo Espino

DOB or AGE: 04/27/1980     RACE: White     SEX: M

BOOKING NO.: 15746176     BOP No.:

FBI NO.:

FEDERAL CHARGES: Possession of Firearm by a felon

CASE NO.: 15MJ2287-JLB

INSTITUTE'S PHONE NO.: (760) 936-0014     FTS     COMMERCIAL:

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.:
It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.
**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**